IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | 4:06CV3065 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RAYMOND EDELMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 8, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to pay his initial partial filing fee as ordered by this court in filing no. 6. Upon review of the record, I will grant the motion, and the plaintiff shall have until August 11, 2006 to pay his initial partial filing fee of $4.70.

    SO ORDERED.

    DATED this 13th day of July, 2006.

                                BY THE COURT:


                                s/F.A. GOSSETT
                                United States Magistrate Judge