IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRELL KNIGHT, ) | |
| ) | |
| Plaintiff, ) | 4:06cv3065 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| RAYMOND EDELMAN, et al., ) | |
| ) | |
| Defendants. ) | |

Upon the Suggestion of Bankruptcy filed by the plaintiff, Tyrell Knight (filing no. 34), IT IS ORDERED:

(1) That this case is referred to the United States Bankruptcy Court for the District of Nebraska;

(2) That this case shall be terminated for statistical purposes by the Clerk of Court for the District of Nebraska, unless and until returned to this court; and

(3) That the Clerk of Court for the District of Nebraska shall deliver the record of this case in a form, whether electronic or otherwise, which is acceptable to the Bankruptcy Court for the District of Nebraska.

DATED this 19th day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge