IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TYRELL KNIGHT,                          )
                                        )
                    Plaintiff,          )          4:06CV3065
                                        )
        v.                              )
                                        )
RAYMOND EDELMAN, sued in both           )
their individual and official capacities, )        ORDER SETTING
UNKNOWN NOORDHOCK, Corporal,            )          SCHEDULE FOR
sued in both their individual and official )      PROGRESSION OF CASE
capacities, CALVIN HAYWOOD, sued in    )
both their individual and official      )
capacities, and UNKNOWN PIPER,         )
Sergeant, sued in both their individual )
and official capacities,                )
                                        )
                    Defendants.         )

        On the court's own motion,

        IT IS ORDERED:

        The Final Pretrial Conference is continued from February 20 to **February 27, 2008
at 9:00 a.m.**  before the undersigned magistrate judge.  Prior to the pretrial conference,
all items as directed in NECivR 16.2 and full preparation shall have been completed so
that trial may begin at any time following the Pretrial Conference.

        If a plaintiff is held in an institution, the pretrial conference will be by telephone.  In
that case, Defense counsel shall contact the plaintiff's institution in advance and arrange
to initiate and place the conference call.

        All other deadlines in the Order Setting Schedule for Progression of Case, filing
44, remain in effect.

        The Clerk of the court is directed to set a pro se case management deadline in this
case using the following text "Pretrial conference before Magistrate Judge Piester to be
held on the **February 27, 2008.**"

        DATED October 17, 2007.

                            BY THE COURT:

                            s/ *David L. Piester*

                            David L. Piester
                            United States Magistrate Judge