IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3065 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND EDELMAN, sued in both their individual and official capacities, UNKNOWN NOORDHOCK, Corporal, sued in both their individual and official capacities, CALVIN HAYWOOD, sued in both their individual and official capacities, and UNKNOWN PIPER, Sergeant, sued in both their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) | ORDER RESCHEDULING PRETRIAL CONFERENCE |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendant's oral motion to continue is granted and the Final Pretrial Conference is continued from February 27 to **March 5, 2008 at 9:00 a.m.** before the undersigned magistrate judge. Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

All other deadlines in the Order Setting Schedule for Progression of Case, filing 44, remain in effect.

The Clerk of the court is directed to set a pro se case management deadline in this case using the following text "Pretrial conference before Magistrate Judge Piester to be held on the **March 5, 2008.**"

DATED October 24, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge