IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3065 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND EDELMAN, sued in both their individual and official capacities, UNKNOWN NOORDHOCK, Corporal, sued in both their individual and official capacities, CALVIN HAYWOOD, sued in both their individual and official capacities, and UNKNOWN PIPER, Sergeant, sued in both their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On January 28, 2008, this court entered an order noting that Plaintiff had been released from custody and requiring Plaintiff to file a new application to proceed in forma pauperis. (Filing No. 50.) In its January 28, 2008 Order, the court warned Plaintiff that failure to file a new application to proceed in forma pauperis by February 28, 2008 would result in dismissal of this case without further notice. (*Id.*)

Plaintiff has not filed a new application to proceed in forma pauperis in this matter or taken any other action. Plaintiff's Complaint must therefore be dismissed.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint is dismissed without prejudice for failure to prosecute his claims diligently.

2. A separate judgment will be entered in accordance with this memorandum and order.

March 6, 2008.                    BY THE COURT:


                                  s/ Joseph F. Bataillon
                                  Chief United States District Judge