IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3065 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND EDELMAN, sued in both their individual and official capacities, UNKNOWN NOORDHOCK, Corporal, sued in both their individual and official capacities, CALVIN HAYWOOD, sued in both their individual and official capacities, and UNKNOWN PIPER, Sergeant, sued in both their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

    A pretrial conference in this matter was set for May 28, 2008 at 10:00 a.m. Defendants appeared through their counsel, Linda Willard; plaintiff failed to appear.

    IT THEREFORE HEREBY IS ORDERED,

    Plaintiff is given to June 23, 2008 to show cause, if any there be, why this matter should not be dismissed for failure to prosecute as provided in NECivR 41.1.

    DATED this 2nd day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge