IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | 4:06CV3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| RAYMOND EDELMAN, sued in | ) | **AND ORDER** |
| both their individual and official | ) | |
| capacities, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's Motion to Extend. (Filing No. 61.) On July 25, 2008, the court granted Plaintiff's previous Motion to Extend, despite the fact that he failed to appear at the final pretrial conference in this matter. (Filing No. 62.) In that Memorandum and Order, the court warned Plaintiff that "**no further extensions of time will be permitted**." (*Id.*) After careful review of the record and Plaintiff's pending Motion, the court sees no reason to grant another extension of time. Plaintiff's Motion to Extend is denied and this matter will proceed to Final Pretrial Conference as previously scheduled.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff's Motion to Extend (filing no. 61) is denied.

    2.    As the parties have been previously informed, the Final Pretrial Conference will be held before Magistrate Judge David L. Piester on **September 30, 2008 at 10:00 a.m.** The Final Pretrial Conference will take place at the Robert V. Denney Federal Building, 100 Centennial Mall South, Lincoln, Nebraska, in courtroom number two. Prior to the pretrial conference, all items as directed in

NeCivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

3. **No further extensions of time will be permitted. In the event that Plaintiff fails to appear at the Final Pretrial Conference, this matter will be dismissed without prejudice and without further notice for failure to prosecute this matter diligently.**

September 4, 2008.          BY THE COURT:


                            s/ Joseph F. Bataillon
                            Chief United States District Judge