IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3065 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND EDELMAN, sued in both their individual and official capacities, UNKNOWN NOORDHOCK, Corporal, sued in both their individual and official capacities, CALVIN HAYWOOD, sued in both their individual and official capacities, and UNKNOWN PIPER, Sergeant, sued in both their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

This matter is before the court on its own motion. It has come to the court's attention that Plaintiff is now incarcerated in the Douglas County Correctional Center. (Filing No. 64.) The Final Pretrial Conference in this matter will therefore take place on September 30, 2008 at 10:00 a.m. by telephone.

IT IS THEREFORE ORDERED that:

1. The Final Pretrial Conference in this matter will take place before Magistrate Judge David L. Piester on **September 30, 2008 at 10:00 a.m.** Prior to the Final Pretrial Conference, all items as directed in NeCivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Final Pretrial Conference.

2. **The Final Pretrial Conference will be conducted by telephone.** Defendant's counsel shall arrange to initiate and place the conference call.

3. The Clerk of the court is directed to provide a copy of this Memorandum and Order to Magistrate Judge Piester.

September 10, 2008.                    BY THE COURT:


                                       s/ Joseph F. Bataillon
                                       Chief United States District Judge