# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASE TO | ) | No. 2009-01 |
| THE HONORABLE KAREN E. SCHREIER | ) | |

On the court's own motion and with the concurrence of Chief Circuit Judge James B. Loken, and United States District Judges Joseph F. Bataillon and Karen E. Schreier,

IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Bataillon to Judge Schreier for the purposes of trial:

    **4:06CV3065 Knight v. Edelman, et al**

2. The magistrate judge assignment will remain unchanged.

3. The above case will be called for trial in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **February 9, 2009.** The parties should contact Judge Schreier at (605) 399-6020 to get an exact start time for trial.

DATED this 7th day of January, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge