UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | 4:06CV3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER DENYING |
| RAYMOND EDELMAN, sued in both | ) | PLAINTIFF'S MOTION FOR |
| his individual and official capacities; | ) | CONTINUANCE OF TRIAL |
| UNKNOWN NOORDHOCK, Corporal, | ) | |
| sued in both his individual and | ) | |
| official capacities; | ) | |
| CALVIN HAYWOOD, sued in both his | ) | |
| individual and official capacities; and | ) | |
| UNKNOWN PIPER, Sergeant, sued in | ) | |
| both his individual and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Tyrell Knight, moves for a continuance of the trial scheduled for March 24, 2009. Defendants oppose the motion.

This matter has been pending for almost three years. The discovery and motions deadlines have passed. The pretrial conference was held on September 30, 2008, and both parties represented to the court that they were ready to proceed to trial. Defendants have assured plaintiff's counsel that he can have access to plaintiff at the Diagnostic & Evaluation Center in Lincoln, Nebraska, to prepare for trial either in person or by telephone. Plaintiff has not shown good cause for a further continuance. Upon consideration, it is hereby

ORDERED that plaintiff's motion to continue trial (Docket 98) is denied.

Dated March 18, 2009.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE